# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

VERSUS

LOUISIANA STATE UNIVERSITY; BOARD OF
SUPERVISORS OF LOUISIANA STATE
UNIVERSITY; GARRETT "HANK" DANOS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
ROBERT "BOBBY" YARBOROUGH, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
STANELY JACOBS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; JAMES WILLIAMS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
MARY LEACH WERNER, IN HER INDIVIDUAL
AND OFFICIAL CAPACITY; ROBERT DAMPP, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
REMY VOISIN STARNS, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; FIELDON KING
"KING" ALEXANDER, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; WILLIAM JENKINS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
TAYLOR PORTER BROOKS & PHILLIPS LLP,
WILLIAM SHELBY MCKENZIE, INDIVIDUALLY;
VICKI CROCHET, INDIVIDUALLY; ROBERT
"BOB" BARTON, INDIVIDUALLY; LESLIE
EDWIN "LES" MILES, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; JOSEPH "JOE"
ALLEVA, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; SCOTT WOODWARD, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY; VERGE
AUSBERRY, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; MIRIAM SEGAR, IN HER
INDIVIDUAL AND OFFICIAL CAPACITY; JOHN
DOE (1-10) INDIVIDUALLY AND JANE DOE
(10-20) INDIVIDUALLY

NO.  2026 CW 0053

**JANUARY 22, 2026**

---

In Re:    Sharon Lewis and Larry English, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 708092.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.** Relators filed a motion to recuse
on December 29, 2025. The district court is ordered to act on the
motion on or before February 20, 2026, if it has not already done
so.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT